# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES THOMAS

and

MIDDLESEX INSURANCE CO. and UNITED
HEALTHCARE INSURANCE COMPANY

**NOTICE**

v.

Case Number: 19-CV-1224-JPS

BRINKS INC. and BALDWIN & LYONS INC.

Type of case:     ☑ CIVIL          ☐ CRIMINAL

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE:<br>Federal Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin | ROOM NO.:  425 |
|---|---|
| | DATE AND TIME:     FRIDAY, SEPTEMBER 13, 2019<br>at 8:30 AM |

TYPE OF PROCEEDING:

## RULE 16 SCHEDULING CONFERENCE

In order that this case move forward in a timely manner, counsel for the parties are directed to file a joint Rule 26 plan on or before **September 10, 2019**; such report to include cutoff dates within which to complete various pretrial tasks in order that this case be concluded on or before **September 1, 2020**, including trial, if necessary.

To accommodate counsel's schedule, appearances may be made by telephone; however, neither cell phones nor calls made over a speaker phone may be used, as both technologies are incompatible with the court's sound/teleconferencing equipment.

The court will initiate the call. Therefore, if appearing by telephone, counsel must notify the court at 414-297-1122, in advance, of the direct number at which they may be reached.

|  | STEPHEN C. DRIES |
| --- | --- |
|  | Clerk of Court |
| August 27, 2019 | s/ Jodi L. Malek |
| Date | (By) Deputy Clerk |