# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| James Thomas <br> *Plaintiff* <br> v. <br> Baldwin & Lyons, Inc and Brinks Inc <br> *Defendant* | ) <br> ) <br> )   Case No.  2:19-CV-01224-JPS <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Middlesex Insurance Company.

Date:  09/06/2019

/s/ Phillip C. Theesfeld
*Attorney's signature*

Phillip C. Theesfeld 1021441
*Printed name and bar number*

2675 N Mayfair Rd Suite 600
Milwaukee, WI 53226

*Address*

ptheefeld@yostbaill.com
*E-mail address*

(414) 259-0600
*Telephone number*

(414) 259-0610
*FAX number*