# COURT MINUTES OF CONFERENCE

JAMES THOMAS,

v.

MIDDLESEX INSURANCE CO. and
UNITED HEALTHCARE INSURANCE            CASE NO. 19-CV-1224-JPS
COMPANY

v.

BRINKS INC. and BALDWIN & LYONS, INC.

## HON. J. P. STADTMUELLER PRESIDING

DATE: September 13, 2019                 TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Caitlin Lynch        TIME CALLED: 8:36 a.m.

COURT REPORTER: Tom Malkiewicz           TIME FINISHED: 8:44 a.m.

PURPOSE: Scheduling Conference

PLAINTIFF BY: Drew J. DeVinney

DEFENDANTS BY: Nick Harken

Notes:

8:36 Case called; plaintiff's attorney appears by telephone and defendants' attorney appears by telephone

8:37 The Court provides parties with relevant deadlines, which are as follows: jury trial to begin on Monday, July 27, 2020, at 8:30 a.m.; final pretrial conference to be held on Tuesday, July 21, 2020, at 8:30 a.m.; final pretrial report due on Wednesday, July 15, 2020; motions in limine due on Friday, July 10, 2020; interim settlement reports due on Tuesday, March 17, 2020 and Tuesday, July 7, 2020; and the dispositive motion deadline on Friday, March 20, 2020. The Court will issue a trial scheduling order embodying the provided dates and urges parties to work with one another to develop other relevant dates

8:38  The Court discusses other scheduling issues

8:41  The Court explains that to the extent the parties believe that mediation may be appropriate, the parties may jointly request referral to a magistrate judge. The parties are advised that it generally takes 30-45 days to schedule a mediation.

8:43  No other matters to discuss

8:44  Court stands in recess