## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JAMES THOMAS

        Plaintiff,

and

MIDDLESEX INSURANCE COMPANY, and
UNITEDHEALTHCARE INSURANCE COMPANY
D/B/A AARP MEDICARE SUPPLEMENT PLANS AND/OR
MEDICARE SOLUTIONS

        Involuntary Plaintiffs,

vs.

BALDWIN & LYONS, INC., and
BRINK'S, INC.

        Defendants

Case No. 19-CV-1224-JPS

Personal Injury-Auto: 30101

### PLAINTIFF'S ANSWER TO UNITED HEALTHCARE INSURANCE COMPANY'S CROSS CLAIM

NOW COMES, the above names plaintiff, though her attorneys, Martin Law Office, S.C. and answers United Healthcare Insurance Company's (hereinafter "UHC") cross-claim as follows:

1. In response to paragraph no. 1 of the Cross-Claim, re-alleges and re-incorporates the allegations of the Complaint herein.

2. In response to paragraph no. 2 of the Cross-Claim, the answering plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegation and therefore denies the same and puts UHC to its strict proof thereon.

3. In response to paragraph no. 3 of the Cross-Claim, the answering plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegation and therefore denies the same and puts UHC to its strict proof thereon.

4. In response to paragraph no. 4 of the Cross-Claim, the answering plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegation and therefore denies the same and puts UHC to its strict proof thereon.

5. In response to paragraph no. 5 of the Cross-Claim, admit that UHC made payments on behalf of the plaintiff, James Thomas; as to the remaining allegations, the answering plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegation and therefore denies the same and puts UHC to its strict proof thereon.

6. In response to paragraph no. 6 of the Cross-Claim, the answering plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegation and therefore denies the same and puts UHC to its strict proof thereon.

Dated: December 12, 2019   **MARTIN LAW OFFICE, S.C.**
Attorney for Plaintiff(s)

*Electronically Signed by Drew J. DeVinney*

_____
Drew J. De Vinney
State Bar No. 01088576

ADDRESS
7280 S. 13th St., Ste.102
Oak Creek, WI 53154
414-856-2310 (office)
414-856-2677 (direct fax)
drew@martin-law-office.com