# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMES THOMAS | Case No. 19-CV-1224-JPS |
| Plaintiff, | Personal Injury-Auto: 30101 |
| and | |
| MIDDLESEX INSURANCE COMPANY, and UNITEDHEALTHCARE INSURANCE COMPANY D/B/A AARP MEDICARE SUPPLEMENT PLANS AND/OR MEDICARE SOLUTIONS | |
| Involuntary Plaintiffs, | |
| vs. | |
| BALDWIN & LYONS, INC., and BRINK'S, INC. | |
| Defendants | |

## STIPULATION FOR DISMISSAL

**IT IS STIPULATED** by and between the above-named parties, through their respective attorneys, that this action, together with all claims and causes of action set forth in the pleadings, be dismissed on its merits, with prejudice and without further costs to any party.

Dated this 13th day of May, 2020.

**MARTIN LAW OFFICE, S.C.**
Attorney for Plaintiff(s)

*Electronically Signed by Drew J. De Vinney*
_____
Drew J. De Vinney
State Bar No. 01088576

Dated this 13th day of May, 2020.

                **HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC**
                Attorney for Defendant(s)

*Electronically Signed by Shimon Kahan*

Shimon Kahan
State Bar No. 1085990