# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JAMES THOMAS,

      Plaintiff,

and

MIDDLESEX INSURANCE CO. and
UNITED HEALTHCARE
INSURANCE COMPANY,

      Involuntary Plaintiffs,

v.

BRINK'S, INC. and BALDWIN &
LYONS, INC.,

      Defendants.

Case No. 19-CV-1224-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the defendants' motions for judgment on the pleadings (Docket #19 and #21) be and the same are hereby **GRANTED** (Docket #27);

  **IT IS FURTHER ORDERED AND ADJUDGED** that the second claim for negligent hiring, training, or supervision be and the same is hereby **DISMISSED with prejudice** as to all defendants (Docket #27);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's first claim for negligence, as well as any of involuntary plaintiffs' counterclaims against Baldwin & Lyons, Inc., be and the same are hereby **DISMISSED without prejudice** as to Baldwin & Lyons, Inc. (Docket #27);

**IT IS FURTHER ORDERED AND ADJUDGED** that Baldwin & Lyons, Inc. be and the same is hereby **DISMISSED without prejudice** from this action (Docket #27);

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties' stipulation to dismiss the involuntary plaintiffs (Docket #30) be and the same is hereby **ADOPTED** (Docket #32);

**IT IS FURTHER ORDERED AND ADJUDGED** that the involuntary plaintiffs' claims be and the same are hereby **DISMISSED without prejudice** (Docket #32);

**IT IS FURTHER ORDERED AND ADJUDGED** that the involuntary plaintiffs be and the same are hereby **DISMISSED without prejudice** from this action (Docket #32);

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties' stipulation of dismissal (Docket #37) be and the same is hereby **ADOPTED** (Docket #38);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Brink's, Inc. be and the same is hereby **DISMISSED with prejudice** from this action (Docket #38); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED** (Docket #38).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

June 29, 2020
Date

s/ *Jodi L. Malek*
By: Deputy Clerk